IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTON TUCKER BAUMANN,<br><br>Defendant. | CR 21-56-BLG-DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 40.)  This Court previously entered a preliminary order of forfeiture. (Doc. 38.)  All known interested parties were provided an opportunity to respond and that publication has been effectuated as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1).  (Doc. 41 at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED.

IT IS FURTHER ORDERED judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Ruger, model Security 9, 9 mm, semi-automatic pistol (S/N: 384-09127);

- Ruger, model LCP II, .380 caliber, semi-automatic pistol (S/N:

1

      380074452);

- Fourteen (14) rounds of .380 caliber ammunition; and

- Twenty-five (25) rounds of 9 mm ammunition.

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED the 25th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court